IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                              CASE NO. 4:05CV00605 GH

CHARLOTTE GARVEN, VERA DAGONHART, ROY SNIDER,
TOMMY SNIDER, KATHY SNIDER and NATALIE SNIDER,
Heirs of JULIAN SNIDER and RUELENE SNIDER, Deceased,
and their spouses, if any                                                             DEFENDANTS

ORDER OF DISTRIBUTION

On November 8, 2005, at 9:30 a.m., at the South front door of the Yell County Courthouse, Dardanelle, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered on August 9, 2005.  At such sale, Nick and Angie Madison were the highest and best bidders for the property, and the property was then sold to the said Nick and Angie Madison.

On November 9, 2005, the United States Marshal received Check No. 5853 in the amount of $4,250.00, from Nick and Angie Madison, and on December 1, 2005, the United States Marshal received Check No. 28761 in the amount of $38,438.64, from Nick and Angie Madison for payment in full for the property.  In accordance with the terms of the Judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds to the United States of America, U.S. Department of Agriculture, Rural Development, formerly known as Farmers Home Administration, 700 West Capitol, Room 3416, Little Rock, Arkansas 72201, and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 10, 2006