**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V.   CASE NO. 4:05CV00605 GH | |
| **CHARLOTTE GARVEN, VERA DAGONHART, ROY SNIDER, TOMMY SNIDER, KATHY SNIDER and NATALIE SNIDER, Heirs of JULIAN SNIDER and RUELENE SNIDER, Deceased, and their spouses, if any** | **DEFENDANTS** |

**ORDER APPROVING MARSHAL'S DEED**

On this day the United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to the United States of America, acting by and through Nick and Angie Madison, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said United States Marshal acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is **ORDERED** by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: January 10, 2006

_____
UNITED STATES DISTRICT JUDGE